

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00418-CV

---

### 124 South Oak Street LLC and John Lanahan, Appellants

### v.

### Town of Pecos City, Appellee

---

**On Appeal from the 143rd District Court**
**Reeves County, Texas**
**Trial Court No. 23-08-24909-CVR**

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 14th day of October 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.